68,045-05,06
2-9-15

Dear Court Clerk,

My Name's Tracy N. Young. T.D.C.J. # 1357975. * I am Currently housed on the Hobby Unit in Marlin. TX. 742 FM 712 76661. I Recently Recieved from You all the Courts decision to in-fact dismiss my Writ. Yet, I'd like + Need to Know why? So that I May Appeal this decision As well. Please Send me the legal + Accurate Form to Appeal this for I will Continue to fight for what I Know is Real + Unjustifiable at that. Please. I Am freakin innocent. And I Need the Reasons for my Dismissed Claim Please. Soon As, So that I may WAste No time with the Appeal. I Strongly + Grately thank You for Your time. You take it Easy + God Bless.

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 13 2015

Abel Acosta, Clerk

Respectfully me,
Tracy N. Young
Tracy N. Young
# 1357975

P.S. TR. Ct. No.
C-213-010352-0865458-CWR-68,045-06
C-213-010351-0852592-CWR-68,045-05
Read Please + Judge for Yourself. If You have Any Advice on Any more legal Remedies I Could Adhere to Please let me Know. I'd truely Appreciate it. Because my Case + Charge is Crap beyond + Untrue. Please help me to help myself So that I May help Others. Im A Damn hard worker Paying Taxes No freakin Criminal. Was once ignorant to the law + Rail Roaded by the System. Cohersed by my Court Appointed Counsel + RApid by the injustice, due to fear of County Jail. Please Respond. let me Know of Other exhausts As well As the legal form for my Appeal Please, Thanks.